UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Plaintiff,                                Case No.:

v.

ELLEN WANG, ZIZE CHEN,
JIAN GANG WANG, MING WANG,
JUAN JOSE ORTIZ RODRIGUEZ,
YULIER ALBERTO GONZALEZ
YZQUIERDO and
DAILYN DE LA FUENTE RODRIGUEZ,

    Defendants.
_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, PROGRESSIVE EXPRESS INSURANCE COMPANY, (hereafter referred to as "Progressive"), sues ELLEN WANG, ZIZE CHEN, JIAN GANG WANG, MING WANG, JUAN JOSE ORTIZ RODRIGUEZ, YULIER ALBERTO GONZALEZ YZQUIERDO, and DAILYN DE LA FUENTE RODRIGUEZ, and states:

### JURISDICTION, VENUE AND GENERAL ALLEGATIONS

1. This is an action seeking a Declaratory Judgment pursuant to 28 U.S.C. §2201.

2. This Court has jurisdiction pursuant to 28 U.S.C. §1332. The amount in controversy is in excess of Seventy-Five Thousand Dollars, exclusive of taxable costs and interest, and involves a dispute between citizens of different states.

3. Plaintiff Progressive is and was at all times material to this proceeding incorporated in the state of Ohio with its principal place of business in Mayfield Heights, Cuyahoga County, Ohio. It is therefore a citizen of Ohio for the purposes of diversity jurisdiction.

4. At all times material to this proceeding, Defendant Ellen Wang was a citizen of Florida, residing in Lee County, Florida.

5. At all times material to this proceeding, Defendant Zize Chen was a citizen of Florida, residing in Lee County, Florida.

6. At all times material to this proceeding, Defendant Jian Gang Wang was a citizen of Florida, residing in Lee County, Florida.

7. At all times material to this proceeding, Defendant Ming Wang was a citizen of Florida, residing in Lee County, Florida.

8. At all times material to this proceeding, Defendant Juan Jose Ortiz Rodriguez was a citizen of Florida, residing in Lee County, Florida.

9. At all times material to this proceeding, Defendant Yulier Alberto Gonzalez Yzquierdo was a citizen of Florida, residing in Lee County, Florida.

10. At all times material to this proceeding, Defendant Dailyn De La Fuente Rodriguez was a citizen of Florida, residing in Lee County, Florida.

11. On December 10, 2020 in Lee County, Florida, Juan Jose Ortiz Rodriguez was operating a Dump Truck that he owned when he was involved in an accident with a vehicle owned and operated by Ellen Wang (hereafter the "accident"). Ellen Wang had two passengers in his vehicle at the time of the accident, Zize Chen and Jian Gang Wang.

12. At the time of the accident, Juan Jose Ortiz Rodriguez was operating the Dump Truck at the request of two Contractors, Yulier Alberto Gonzalez Yzquierdo and Dailyn De La Fuente Rodriguez.

13. Ellen Wang, Zize Chen, and Jian Gang Wang all sustained injuries in the accident and have alleged bodily injury claims against Juan Ortiz Rodriguez. Ming Wang, as the wife of Jian Gang Wang, has raised a claim for loss of consortium.

14. Ellen wang, Zize Chen, Jian Gang Wang, and Ming Wang filed suit in Lee County, Florida, for negligence against Juan Jose Ortiz Rodriguez and for vicarious liability against Yulier Alberto Gonzalez Yzquierdo and Dailyn De La Fuente Rodriguez as a result of the injuries sustained in the accident. That suit remains pending in case number 21-CA-002154, in the Twentieth Judicial Circuit Court in and for Palm Beach County, Florida (hereafter "the tort suit"). A copy of the operative Complaint in the tort suit is attached as Exhibit A. It was deemed filed as of April 1, 2021.

15. The Tort Complaint alleges eighteen (18) counts and includes specific claims for relief for $300,000.00 in damages in addition to the loss of consortium claims.

16. At the time of the accident, the Dump Truck and Juan Jose Ortiz Rodriguez involved was insured pursuant to a commercial automobile policy of insurance issued by Progressive Insurance Company, policy number 02533888-0, in effect for the policy period from August 25, 2020 to 12:01 am on August 25, 2021 (hereafter the "Policy"). A copy of the declarations page for the policy is attached as Exhibit B.

17. When Juan Jose Ortiz Rodriguez applied for the Policy, he requested a combined single liability limit of $50,000.00 for property damage and bodily injury.

Accordingly, the Policy was issued with $50,000.00 liability coverage for property damage and bodily injury.

18. The injured claimants have rejected Progressive's tender of the $50,000.00 policy limits and have maintained that the policy limits should be $300,000.00.

### COUNT I: DECLARATORY RELIEF

19. Progressive restates and re-alleges paragraphs 1 – 18 as if fully set forth herein.

20. Progressive is in doubt as to its rights and responsibilities pursuant to its policy.

21. As a result of the allegations in paragraphs 16 - 17, *supra*, an actual justiciable issue exists between the parties.

WHEREFORE, Progressive is unsure of its duties and rights and seeks to avoid either a breach of a legal duty or unnecessary expenditures in the absence of such a duty and, therefore, request the Court determine the rights and liabilities of Progressive by finding the following:

    a. The subject Policy provides a combined single liability limit of $50,000.00 for property damage and bodily injury for the subject accident.

    b. Any other relief this Court deems proper.

Respectfully Submitted on May 18, 2023:

        SEGUNDO LAW GROUP

        s /Jennifer C. Worden
        JEINNIFER C. WORDEN, ESQ.

FBN: 0498191
Email: jworden@civillit.com
JAY M. WALKER, ESQ
FBN: 0324670
Email: jwalker@civillit.com
Segundo Law Group
2935 First Avenue North, Second Floor
St. Petersburg, Florida 33713
(727) 894-3535, Telephone Number
(727) 502-9621, Facsimile Number
Attorneys for Plaintiff
Service email:  servicestp@civillit.com